AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| WINSTON JOHNSON </br> *Plaintiff* </br> v. </br> DOUG COLLINS, Secretary, Department of Veterans Affairs </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 19-cv-1568 (APM) </br> ) </br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits against the defendant DOUG COLLINS, Secretary, Department of Veterans Affairs.

☐ **other**:

This action was *(check one)*:

☑ tried by a jury with Judge Amit P. Mehta presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 03/14/2025

*ANGELA D. CAESAR, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*